

SCOTT+JACOBSEN

+ Via Overnight Mail +

August 14, 2020

Clerk of Court
US District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room No. 4015
Newark, NJ 07102

      Re:    *Richard Tunick v. Thomas K. Brown, et al.*
               U.S. District Court, District of New Jersey

Dear Clerk of Court:

As required by Local Civil Rule 5.3(c), enclosed are the following:

- Complaint (unredacted) to be filed under seal;
- Civil Cover Sheet;
- Proposed Summons (with attached Schedule A);
- Motion to Seal;
- Declaration in support of Motion
    - A. Index re: sealed materials;
- Proposed Order sealing the Complaint; and
- CD with all of the foregoing documents in PDF format.

We wish to file the enclosed Complaint **under seal**, thus opening the case and receiving a case number therefor.

Please note that we will be filing the redacted complaint within one day of the filing of the attached unredacted Complaint to be sealed, as required by Local Civil Rule 5.3(c)(4).

                                 Respectfully Yours,
                                 SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                 Scott R. Jacobsen