SCOTT R. JACOBSEN (118612015)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 519-0521
Facsimile:  (212) 223-6334
sjacobsen@scott-scott.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD TUNICK, on Behalf of Himself and Derivatively on Behalf of 3M COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>THOMAS K. BROWN, PAMELA CRAIG, DAVID B. DILLON, MICHAEL L. ESKEW, HERBERT L. HENKEL, AMY E. HOOD, MUHTAR KENT, DAMBISA F. MOYO, GREGORY R. PAGE, MICHAEL ROMAN, PATRICIA A. WOERTZ, INGE G. THULIN, NICHOLAS C. GANGESTAD, IPPO VROHIDIS, and TERI REINSETH,<br><br>          Defendants.<br>     v.<br><br>3M COMPANY,<br><br>          Nominal Defendant. | Civil Action No. _____ |

## DECLARATION OF SCOTT R. JACOBSEN IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT PURSUANT TO LOCAL CIVIL RULE 5.3(C)

1

I, Scott R. Jacobsen, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an associate with the law firm Scott+Scott Attorneys at Law LLP, counsel for Plaintiff Richard Tunick ("Tunick" or "Plaintiff").

2. I make this declaration in support of Tunick's Motion to Seal his Verified Shareholder Derivative Complaint pursuant to Local Civil Rule 5.3(c). I have personal knowledge of the matter stated herein and, if called upon, I could and would competently testify thereto.

3. Attached is a true and correct copy of the following:

Exhibit A: Index Describing with Particularity the Materials Plaintiff Has Petitioned to Be Placed Under Seal, in Conformity with Local Civil Rule 5.3(c)(3).

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 14, 2020
   New York, NY

                                             */s/ Scott R. Jacobsen*
                                             Scott R. Jacobsen

# EXHIBIT A

**Index Describing with Particularity the Materials Plaintiff Has Petitioned to Be Placed Under Seal, in Conformity with Local Civil Rule 5.3(c)(3)**

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|
| Verified Shareholder Derivative Complaint | | Pursuant to Confidentiality Agreement; seeking protection under Fed. R. Civ. P. 26(c)(1)(G) (providing for protection of trade secret or other confidential research, development, or commercial information) | The Complaint contains commercially sensitive and proprietary information that could harm the Company's commercial interests if released, including information about 3M's internal processes, financial controls, and information relating to the Company's litigation risk, internal controls, and compliance practices | Plaintiff has incorporated confidential information subject to a confidentiality agreement into the proposed sealed Complaint. Plaintiff will file a public redacted version of the Complaint within one (1) day of entry of an order accepting the filing of the sealed Complaint. | N/A |
| at 6-7 | As . . . to | | | | |
| at 7 | The Board . . . Instead | | | | |
| at 51 | In addition . . . Reinseth | | | | |
| at 64 | The Director . . . issued. | | | | |
| at 64-78 | Slides . . . 2018 | | | | |
| at 78 | Brown . . . Woertz | | | | |
| at 78 | At the meeting . . . 3M-220-000002 | | | | |
| at 79-80 | including . . . 3M-220-000403 | | | | |
| at 81 | including . . . Page | | | | |
| at 81 | again . . . 2018 | | | | |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|
| at 81-82 | including . . . 3M-220-000202-05 | | | | |
| at 82 | including . . . Page | | | | |
| at 82 | again . . . 2018 | | | | |
| at 82-83 | including . . . them | | | | |
| at 83 | including . . . Page | | | | |
| at 83 | on . . . 2018 | | | | |
| at 83-85 | including . . . 3M-220-000348 | | | | |
| at 85 | on . . . 15.7% | | | | |
| at 85* | **Slide (3M-220-000491)** | | | | |
| at 86* | **Slide (3M-220-000494)** | | | | |
| at 86-88 | On . . . thereafter | | | | |
| at 88-90 | held . . . 3M-220-239-42 | | | | |
| at 90 | On . . . 3M-220-000062 | | | | |
| at 90 | Dillon . . . all | | | | |
| at 90-92 | held . . . 3M-220-000260-61 | | | | |
| at 92-93 | again . . . 3M-220-000782 | | | | |
| at 93 | again . . . 3M-220-000079 | | | | |
| at 93-97 | on . . . 2019 | | | | |
| at 97 | with . . . At | | | | |
| at 97-98 | held . . . liability | | | | |
| at 98-102 | again . . . liability | | | | |
| at 102-104 | on . . . 2019 | | | | |
| at 104 | including . . . 2019 | | | | |
| at 104 | including . . . 2019 | | | | |
| at 104-108 | including . . . 3M-220-000306-07 | | | | |

| Material | | Basis for Sealing | Clearly Defined and Serious Injury that Would Result if the Relief Is Not Granted | Why a Less Restrictive Alternative to the Relief Sought Is Not Available | Party in Opposition to Sealing, if Any, and Basis |
|---|---|---|---|---|---|
| at 108 | on . . . 2019 | | | | |
| at 108 | including . . . management | | | | |
| at 108-109 | for . . . 3M-220-001203 | | | | |
| at 110-112 | again . . . 2019 | | | | |
| at 112 | including . . . defendants | | | | |
| at 112-113 | along . . . 3M-220-001270 | | | | |
| at 114 | and . . . meetings | | | | |
| at 122 | As . . . risks | | | | |
| at 123 | The Director . . . Defendants | | | | |
| at 123 | and . . . therefore | | | | |
| at 125-126 | (1) . . . issued | | | | |