AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| RICHARD TUNICK, on Behalf of Himself and Derivatively on Behalf of 3M COMPANY <br> Plaintiff, <br> v. <br> THOMAS K. BROWN, PAMELA CRAIG, DAVID B. DILLON, MICHAEL L. ESKEW, HERBERT L. HENKEL, AMY E. HOOD, MUHTAR KENT, DAMBISA F. MOYO, GREGORY R. PAGE, MICHAEL ROMAN, PATRICIA A. WOERTZ, INGE G. THULIN, NICHOLAS C. GANGESTAD, IPPO VROHIDIS, and TERI REINSETH <br> Defendants. <br> v. <br> 3M COMPANY, <br> Nominal Defendant. | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attached Schedule A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT R. JACOBSEN, ESQ.
SCOTT+SCOTT ATTORNEYS AT LAW LLP
THE HELMSLEY BUILDING
230 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print  Save As...  Reset

*TUNICK v. BROWN, et al.*

## SCHEDULE A TO SUMMONS

Thomas K. Brown
c/o 3M Company
3M Center
St. Paul, MN 55144

Pamela Craig
c/o 3M Company
3M Center
St. Paul, MN 55144

David B. Dillon
c/o 3M Company
3M Center
St. Paul, MN 55144

Michael L. Eskew
c/o 3M Company
3M Center
St. Paul, MN 55144

Herbert L. Henkel
c/o 3M Company
3M Center
St. Paul, MN 55144

Amy E. Hood
c/o 3M Company
3M Center
St. Paul, MN 55144

Muhtar Kent
c/o 3M Company
3M Center
St. Paul, MN 55144

Dambisa F. Moyo
c/o 3M Company
3M Center
St. Paul, MN 55144

Gregory R. Page
c/o 3M Company
3M Center
St. Paul, MN 55144

Michael Roman
c/o 3M Company
3M Center
St. Paul, MN 55144

Patricia A. Woertz
c/o 3M Company
3M Center
St. Paul, MN 55144

Inge G. Thulin
2622 W. Lake St. 802
Minneapolis, MN 55416

Nicholas C. Gangestad
315 1st Ave 1851
Minneapolis, MN 55413

Ippocratis "Ippo" Vrohidis
c/o 3M Company
3M Center
St. Paul, MN 55144

Theresa "Teri" Reinseth
c/o 3M Company
3M Center
St. Paul, MN 55144

3M Company
3M Center
St. Paul, MN 55144