

ORIGIN ID:AUNA (866) 663-9590
JANIS DINGMAN
CLASS ACTION RESEARCH
6543 KITE HAWK PLACE

PENRYN, CA 95663
UNITED STATES US

SHIP DATE: 14AUG20
ACTWGT: 4.00 LB
CAD: 1123289/INET4280

BILL SENDER

TO CLERKS OFFICE
UNITED STATES DISTRICT COURT - NJ
50 WALNUT STREET
ROOM 4015
NEWARK NJ 07102
(973) 645-3730         REF: 209656
INV:
PO:                    DEPT:




MON - 17 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 7712 6964 5826
0201

SB VAKA

07102
NJ-US   EWR



RECEIVED